# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 19-31513

Debtors: Jeannie J. Miller
5535 Lee Marie Ln.
Charlotte, NC  28269

Account Number:

Creditor Information: Jeannie J. Miller
5535 Lee Marie Ln.
Charlotte, NC  28269

Amount of Turnover: $12.668.07        73-Dbtr Ref-Case Clsd

**Total Turnover Amount: $12,668.07**

Dated:  03/18/2022

FILED
U.S. Bankruptcy Court, NCW

MAR 25 2022

Steven T. Salata, Clerk
Charlotte Division

Jenny P. Holman
Chapter 13 Trustee