**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In Re:<br>Jeannie J. Miller | Case No. 19-31513 |
| SSN# : XXX-XX-2652 | Chapter 13 |
| | Related Docket #: 74 |

**AMENDED CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was
Commenced on 11/4/2019

The Plan was
Confirmed on 4/26/2020

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtor for the benefit of Creditors: $28,801.00

Composition Plan.  Minimum payout to unsecured creditors = 100.00%.

**CLAIMS AND DISTRIBUTIONS TO DATE**

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 717.60 | 717.60 | |
| 0 | | Jeannie J. Miller | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | SANDRA U CUMMINGS | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 0 | 0 | Jeannie J. Miller | DEBTOR REFUND | 1,003.61 | 1,003.61 | 0.00 |
| 0 | | Jeannie J. Miller | DEBTOR REFUND | 12,668.07 | 12,668.07 | 0.00 |
| 39 | | ELNESDRA PEREZ | A-Administrative Costs | 3,000.00 | 3,000.00 | 0.00 |
| 1 | | SANDRA U CUMMINGS | B-Base Attorney Fee(s) | 1,583.90 | 1,583.90 | 0.00 |
| 2 | | SANDRA U CUMMINGS | B-Base Attorney Fee(s) | 2,416.10 | 2,416.10 | 0.00 |
| 34 | | SANDRA U CUMMINGS | L-Legal Fees | 481.00 | 481.00 | 0.00 |
| 35 | | SANDRA U CUMMINGS | L-Legal Fees | 453.00 | 453.00 | 0.00 |
| 36 | | SANDRA U CUMMINGS | L-Legal Fees | 0.00 | 0.00 | 0.00 |
| 37 | | SANDRA U CUMMINGS | L-Legal Fees | 200.00 | 200.00 | 0.00 |
| 40 | | SANDRA U CUMMINGS | L-Legal Fees | 1,742.00 | 1,742.00 | 0.00 |
| 41 | | SANDRA U CUMMINGS | L-Legal Fees | 350.00 | 350.00 | 0.00 |
| 5 | 7 | WELLS FARGO BANK NA | M-Mortgage | 0.00 | 0.00 | 0.00 |
| 8 | 9 | CHARLOTTE-MECKLENBURG HOUSING P | M-Mortgage | 0.00 | 0.00 | 0.00 |
| 11 | | CHARLOTTE MECKLENBURG HOUSING | M-Mortgage | 0.00 | 0.00 | 0.00 |
| 3 | 7 | WELLS FARGO BANK NA | m-Mortgage Pre-Petition Ar | 0.00 | 0.00 | 0.00 |
| 4 | 7 | WELLS FARGO BANK NA | q-Mortgage Admin/Gap | 0.00 | 0.00 | 0.00 |
| 12 | 5 | CAPITAL ONE AUTO FINANCE | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 14 | 4 | NC DEPARTMENT OF REVENUE | U-Unsecured | 440.45 | 440.45 | 6.64 |
| 15 | 6 | CITY COUNTY TAX COLLECTOR | U-Unsecured | 149.73 | 149.73 | 2.25 |
| 16 | | ALBERTELLI LAW | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | | BANK OF AMERICA NA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 | 2 | CAPITAL ONE BANK USA NA | U-Unsecured | 271.06 | 271.06 | 4.09 |
| 19 | | CREDIT COLLECTION SERVICES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 20 | 1 | LVNV FUNDING LLC | U-Unsecured | 1,112.28 | 1,112.28 | 16.77 |
| 21 | | ESSENCE MAGAZINE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 22 | | FIRST CITIZENS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 23 | 8 | PREMIER BANKCARD LLC | U-Unsecured | 980.76 | 980.76 | 14.79 |
| 24 | | IC SYSTEMS INC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 25 | | LVNV FUNDING LLC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 26 | 3 | MERRICK BANK | U-Unsecured | 651.79 | 651.79 | 9.83 |
| 27 | 10 | NOVANT HEALTH | U-Unsecured | 517.48 | 517.48 | 7.80 |
| 28 | | PROFESSIONAL CREDIT SERVICES | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 29 | | SEVENTH AVENUE | U-Unsecured | 0.00 | 0.00 | 0.00 |

Case No.  19-31513  Miller

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 717.60 | 717.60 | |
| 30 | | VERIZON WIRELESS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 31 | | RAS Crane, LLC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 32 | | BROCK AND SCOTT PLLC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 33 | | BANK OF AMERICA NA | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 13 | | INTERNAL REVENUE SERVICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | Totals | $28,738.83 | $28,738.83 | $62.17 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Jenny P. Holman as Trustee and releasing Jenny P. Holman and her surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Dated:  5/20/2022

JENNY P. HOLMAN, Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100
(704) 372-9650

Case No.  19-31513  Miller

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In Re:
Jeannie J. Miller

SSN# :  XXX-XX-2652

Case No.  19-31513

Chapter 13

Related Docket #:  74

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on 05/20/2022 via the CM/ECF filing system.  Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date:  May 20, 2022

L.. Long
Office of the Chapter 13 Trustee

Jeannie J. Miller, 5535 Lee Marie Ln., Charlotte, NC 28269

SANDRA U CUMMINGS (served electronically)