Local Form 5                                                   September 2021

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
*[insert correct division name]* **DIVISION**

In re:                                                                )   Case No.: 13
                                          )
                                          )   Chapter: 19-31513
                                          )
                                          )
                                          )
                                          )
               Jeannie Jenkins Miller   )
                           Debtor(s)       )
_____)

[FILED stamp: U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF NC, MAY 10 2023, STEVEN T. SALATA, CLERK, CHARLOTTE DIVISION]

**MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS**

_____Jeannie J Miller_____ hereby moves the Court for an order
                      (Claimant(s) Name)

directing the United States Bankruptcy Court to disburse the sum of $_____12,668.07_____
                                                                         (Enter amount of claim)

from the Court's registry fund, payable to _____Jeannie J Miller_____, representing
                                                               (Claimant(s) Name)

unclaimed funds previously deposited with the Court.

Date __April 30, 2023__

Supporting documentation attached __X__ yes ____ no

*I understand that pursuant to 18 U.S.C. §§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years, or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

                                                           _[signature]_
                                                           Signature of Claimant

                                                           _____Jeannie J Miller_____
                                                           Typed or printed name of Claimant

                                                           _5535 Lee Marie Ln Charlotte, NC 28269_
                                                           Address of Claimant

                                                           _____704-727-2604_____
                                                           Telephone Number of Claimant

                                                           _____jeanniejenkmiller888@gmail.com_____
                                                           Email Address of Claimant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
*[insert correct division name]* DIVISION**

In re: ) Case No.: 19-31513
)
)
) Chapter: 13
Jeannie J Miller )
Debtor(s). )
)

**NOTICE OF HEARING AND CERTIFICATE OF SERVICE**

NOTICE IS HEREBY GIVEN that the court will conduct a hearing on _____

at _____ (a.m./p.m.) in Courtroom number _____ located at _____

to consider the Motion for Disbursement of Unclaimed Funds filed by ___Jeannie J Miller___.
(Claimant(s) Name)

NOTICE IS FURTHER GIVEN to the Court that on ___May 1 2023___, the parties listed on the attached matrix, including the United States Attorney, the Bankruptcy Administrator, the trustee, the Debtor(s), and the Debtor's attorney (if any), were served a copy of the Motion for Disbursement of Unclaimed Funds and this Notice of Hearing by U.S. Mail at the addresses listed on the following page.

_____
Signature of Claimant(s)

_____Jeannie J Miller_____
Typed or printed name of Claimant(s)

Date ___May 1 2023___

# [United States Attorney]

United States Attorney
Carillon Tower, 227 W Trade St #1650,
Charlotte, NC 28202

# [Bankruptcy Administrator]

Brankruptcy Administrator
401 West Trade Street
Suite #2400
Charlotte, NC 28202

# [Trustee]

Brankruptcy Trustee
401 W Trade St,
Charlotte, NC 28202

# [Debtor(s)]

Jeanie J Miller
5535 Lee Marie Ln
Charlotte, NC 28269

# [Debtor's Attorney (if any)]

# [Any other parties served]





