

FILED & JUDGMENT ENTERED
Steven T. Salata

July  18  2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **JEANNIE J. MILLER**, | ) | Chapter 13 |
| | ) | Case No. 19-31513 |
| Debtor. | ) | |
| | ) | |

## ORDER DENYING MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

**THIS MATTER** is before the court on the Motion for Disbursement of Unclaimed Funds ("Motion") filed pro se by the Debtor on May 10, 2023.  The Motion asks the court to disburse $12,668.07 from the court's registry fund to the Debtor.

The court held an initial hearing on the Motion on June 27, 2023.  The Debtor's (former) attorney* and the Chapter 13 Trustee appeared at the hearing, but the Debtor did not.  At the June 27 hearing, the Debtor's attorney said the Debtor brought the Motion on her own, and the court noted that it needed a revised vendor's form in order to process the Motion.  The court continued the hearing and asked the Debtor's attorney to let the Debtor know that she needed to appear at the

---

* The court closed this case on May 20, 2022, and Local Rule 2091-1(b) automatically relieves debtor's attorneys of the duty to represent their clients when a case closes.

continued hearing.  The Debtor's attorney said she would but noted that she had previously had trouble getting in touch with the Debtor after she moved.

The court held a continued hearing on July 11, and the Debtor did not appear.  The Debtor's attorney said the Debtor provided a new address, but when she went to the address a man told her that he did not know where the Debtor was.

Accordingly, the Motion is hereby **DENIED** due to the Debtor's failure to prosecute it.

**SO ORDERED**.

This Order has been signed
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court